IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROJELIO GONZALEZ HERNANDEZ, § | |
|     Plaintiff, § | |
| § | |
| vs. § | C.A. No. 5:23-CV-00073-JKP |
| § | |
| VICTOR RIVERA § | |
| and PROTECTIVE INSURANCE COMPANY, § | |
|     Defendants. § | |

## JOINT STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties file this Joint Stipulation of Dismissal, in accordance with Rule 41(a)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE, and would respectfully show the Court as follows:

1. Plaintiff Rogelio Gonzalez Hernandez filed suit against Defendants Victor Rivera and Protective Insurance Company in Texas State Court. Defendants filed their respective Original Answers to same prior to the filing of a Notice of Removal to this Court on January 18, 2023.

2. The Parties jointly seek the dismissal of this action with prejudice.

3. This case is not a class action under FEDERAL RULE OF CIVIL PROCEDURE 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4. This case is not governed by any federal statute that requires a court order for dismissal of the case.

5. A receiver has not been appointed in this case.

6. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

Respectfully submitted,

*/s/ Marco Bass w/ Permission*

Marco Bass
State Bar No. 24106631
Marco Bass Law Firm, PLLC
1320 Guadalupe St., San Antonio, TX 78207
(210) 239-6944 Telephone
(210) 855-3574 Facsimile
marco@marcobass.com

**ATTORNEY FOR PLAINTIFF**

*~AND~*

Dalby Fleming
State Bar No. 00793732
PAPPAS GRUBBS PRICE PC
112 East Pecan Street, Suite 450
San Antonio, Texas 78205
(726) 800-3001 Telephone
(713) 951-1199 Facsimile
dfleming@pappasgrubbs.com

**ATTORNEY FOR DEFENDANT PROTECTIVE INSURANCE COMPANY**

*~AND~*

*/s/ Gordon O. Stafford, Jr. w/ Permission*

Grant E. Adami, III
State Bar No. 00845400
Gordon O. Stafford, Jr.
State Bar No. 18995000
Adami Shuffield, P.C.
9311 San Pedro, Ste. 900
San Antonio, Texas 78216
210-344-0500 Telephone
210-344-7228 Facsimile
gstafford@adamilaw.com
gcastillo@adamilaw.com

**ATTORNEYS FOR DEFENDANT VICTOR RIVERA**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document is being served via CM/ECF in accordance with the FEDERAL RULES OF CIVIL PROCEDURE, on October 4, 2024, as follows:

Marco Bass
Marco Bass Law Firm, PLLC
1320 Guadalupe St., San Antonio, TX 78207
(210) 239-6944 Telephone
(210) 855-3574 Facsimile
marco@marcobass.com

Grant E. Adami, III
Gordon O. Stafford, Jr.
Adami Shuffield, P.C.
9311 San Pedro, Ste. 900
San Antonio, Texas 78216
210-344-0500 Telephone
210-344-7228 Facsimile
gstafford@adamilaw.com
gcastillo@adamilaw.com
adami-svc@adamilaw.com

_____
Dalby Fleming